888

■ THE PEOPLE OF THE STATE OF NEW YORK v. LUIS MARTINEZ.— Motion for leave to appeal as a poor person denied as academic in view of the fact that the appeal has been dismissed by order filed February 13, 1962. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ SOL A. ROSENBLATT v. LAWRENCE P. WOLF.— Motion to dismiss appeal denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ GEORGITSA TAGLIS et al. v. THEODORE MOSCAHLADES, as Ancillary Administrator. (Two Actions.) — Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 5, 1962, with notice of argument for April 17, 1962, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ISMAEL MARTINEZ.— Enlargement of time granted. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of MYRON M. SPARBER, an Attorney. Co-ordinating Committee on Discipline.— Motion for an order directing the Co-ordinating Committee on Discipline and/or Frank S. Hogan, District Attorney of New York County, to turn over certain papers to petitioner's attorney denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.